IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| PHILLIP WOODS, | x : | |
| Plaintiff, | : | |
| vs. | : : | Civil Action File No. 3:14-cv-00074-TCB |
| KRAM TIRE INTERNATIONAL, INC., and SAMMY FOSTER, | : | |
| Defendants. | : | |

-------------------------------------------------x

## VOLUNTARY DISMISSAL

Plaintiff, Phillip Woods, by and through his counsel of record, Robert N. Marx of Marx & Marx, L.L.C., hereby voluntarily dismisses his complaint with prejudice.

This 14th day of July 2014.

    s/Robert N. Marx
Georgia Bar Number 475280
Attorneys for Plaintiff
Marx & Marx, L.L.C.
5555 Glenridge Connector, Suite 200
Atlanta, Georgia 30342
Telephone:  (404) 261-9559
E-mail:  lawyers@marxlaw.com